**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| RYDEX TECHNOLOGIES LLC, | |
| Plaintiff, | |
| v. | C.A. No. 13-675 (LPS) |
| SMITHS MEDICAL and SMITHS MEDICAL ASD, INC., | |
| Defendants. | |

<u>**NOTICE OF SUBSTITUTION OF COUNSEL**</u>

PLEASE TAKE NOTICE that Colm F. Connolly of MORGAN, LEWIS & BOCKIUS LLP hereby withdraws his appearance as counsel of record for Defendants Smiths Medical and Smiths Medical ASD, Inc.

PLEASE TAKE FURTHER NOTICE that Kenneth L. Dorsney of MORRIS JAMES LLP hereby enters his appearance as counsel for record for Defendants Smiths Medical and Smiths Medical ASD, Inc.

Dated: October 4, 2013

| | |
|---|---|
| */s/ Kenneth L. Dorsney* | */s/ Colm F. Connolly* |
| Kenneth L. Dorsney (I.D. No. 3726) | Colm F. Connolly (I.D. No. 3151) |
| MORRIS JAMES LLP | MORGAN, LEWIS & BOCKIUS LLP |
| 500 Delaware Ave., Ste. 1500 | The Nemours Building |
| Wilmington, DE 19801 | 1007 N. Orange Street, Suite 501 |
| (302) 888-6800 | Wilmington, DE 19801 |
| kdorsney@morrisjames.com | (302) 574-7290 |
| | cconnolly@morganlewis.com |